1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   JACKIE EDWARD JOHNSON,                    No.  2:25-cv-1747 SCR P
12                  Petitioner,
13        v.                                   ORDER
14   S.A.T.F. WARDEN,
15                  Respondent.
16
17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis
19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner
20   will be provided the opportunity to either submit the appropriate affidavit in support of a request
21   to proceed in forma pauperis or submit the appropriate filing fee.
22          In accordance with the above, IT IS HEREBY ORDERED that:
23          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in
24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's
25   failure to comply with this order will result in a recommendation that this action be dismissed;
26   and
27   /////
28   /////

                                                 1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: June 27, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE